**Electronically Filed
Supreme Court
SCPW-25-0000444
29-APR-2026
10:19 AM
Dkt. 215 ODMR**

SCPW-25-0000444

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE DS

_____

ORIGINAL PROCEEDING
(CASE NO. 3DV121000235)

<u>ORDER</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Cahill, assigned by reason of vacancy)

On April 20, 2026, Petitioner filed two petitions for writ of mandamus at dockets 191 and 193. The petition filed at docket 191 was sealed because it contained the name of the minor child. We strike this petition for failure to comply with Rules 2.19 and 9.1 of the Hawaiʻi Court Records Rules.

Upon consideration of the petition filed at docket 193 and the record, as already stated in our April 22, 2026 order, the family court's post-divorce decree custody and visitation orders are appealable, and this original proceeding is not intended to be used in lieu of normal appellate procedures. <u>See</u> <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154,

1166 (2023).  It is ordered that the petition filed at docket 193 is denied.

On April 27, 2026, Petitioner filed a motion for reconsideration of this court's April 22, 2026 order.  Upon consideration of the motion for reconsideration and the record, this court has not overlooked or misapprehended points of law or fact.  See Hawaiʻi Rules of Appellate Procedure Rule 40(b) (2000).  It is ordered that the motion for reconsideration is denied.

It is also ordered that Petitioner may file one motion for reconsideration from this order that strikes the petition filed at docket 191, and denies the petition filed at docket 193.  This proceeding is closed with the exception of this one motion for reconsideration.  Any other petitions or motions that are filed after the filing of this order will be stricken.

DATED:  Honolulu, Hawaiʻi, April 29, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Peter T. Cahill

